ABRAHAM HOROWITZ, Doing Business as THE JARVIS COMPANY, Respondent, *v.* AUDOMARUS BURSENS, Appellant.

Supreme Court, Appellate Term, First Department, June 30, 1949.

*Stanley Zucker* and *William I. Cohen* for appellant.

*Herman Frankel* for respondent.

*Per Curiam.* The evidence establishes that the television set sold to defendant did not function properly as to channel 5 and was not of merchantable quality and was inadequate for the use to which the defendant had given notice that it was to be applied and this constituted a breach of the implied warranty of merchantable quality provided in subdivision 2 of section 96 of the Personal Property Law (*Ryan* v. *Progressive Grocery Stores,* 255 N. Y. 388). Plaintiff may not, therefore, recover, and defendant is entitled to judgment on the counterclaim for the sum of $100 paid on account of the purchase price.

The judgment should be reversed, with $30 costs, and complaint dismissed on the merits, with costs, and judgment directed for defendant on the counterclaim for the sum of $100, with costs.

HAMMER, HOFSTADTER and EDER, JJ., concur.

Judgment reversed, etc.